In the Matter of the Estate of FRANK P. SPINALE, Deceased. ANN SPINALE, as Administratrix of the Estate of FRANK P. SPINALE, Deceased, Appellant; FRANK P. SPINALE et al., Respondents.

Because the petitioner failed to sustain her burden of showing that the court had jurisdiction over the nondomiciliary respondents, the petition was properly dismissed *(see, Matter of Katz,* 81 AD2d 145, *affd* 55 NY2d 904). The record indicates that the respondents did not have the "minimum contacts" with New York necessary to subject them to the court's jurisdiction *(see, International Shoe Co. v Washington,* 326 US 310).

We have examined petitioner's remaining contentions and find them to be without merit. Weinstein, J. P., Rubin, Spatt and Sullivan, JJ., concur.